IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**DREW PHILIP JACKSON**                                                                     **PLAINTIFF**

**V.**                    **CASE NO.: 5:15-CV-05281**

**NURSE ANDREW PIAZZA; STEPHEN
PRICE; A. GRAHAM; G. CERVONTAS;
R. WINGATE; C. MORGAN; and
NURSE PHEBE GROTHAUS**                                                                     **DEFENDANTS**

## JUDGMENT

For the reasons stated in the Opinion and Order filed this date, this case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 18th day of March, 2016.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE